STATE OF CONNECTICUT *v.* RUBEN REYES

The defendant's petition for certification for appeal from the Appellate Court, 19 Conn. App. 179, is denied.

*Richard Emanuel,* assistant public defender, in support of the petition.

*Carolyn K. Longstreth,* assistant state's attorney, in opposition.

Decided January 2, 1990